IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE J. BOURAS, | No. 2:21-CV-0350-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT JONES, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court are Plaintiff's two motions to proceed in forma pauperis. ECF Nos. 2, 8. Plaintiff has filed his two applications, but he has *not* filed a certified copy of his trust account statement or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a), (a)(2). In addition to the applications that he has already filed, Plaintiff must submit a certified copy of the trust fund account statement (or an equivalent statement from the institution where he is incarcerated for the 6-month period immediately preceding the filing of his complaint. 28 U.S.C. 1915(a)(2). The Court recognizes that, at the bottom of Plaintiff's application, an official from the Sacramento County Main Jail—where Plaintiff is presently held—has completed a certification listing the funds Plaintiff has in his account. See ECF No. 8 at 2. That certification is insufficient on its own. The Court must still have a certified copy of Plaintiff's trust account statement (which the application itself states). 28 U.S.C. 1915(a)(2); ECF No. 8 at 2.

Plaintiff will be provided the opportunity to submit either a completed application to proceed in forma pauperis or the appropriate filing fee. Plaintiff is warned that failure to resolve the fee status of this case within the time provided may result in the dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, *with the required certified copy of his trust account statement*, or the appropriate filing fee; and

2. The Clerk of the Court is directed to send Plaintiff a new form Application to Proceed in Forma Pauperis By a Prisoner.

Dated:  April 15, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2