IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE J. BOURAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT JONES, et al.,<br><br>　　　　　Defendants. | No. 2:21-CV-0350-KJM-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court are Plaintiff's motions to proceed in forma pauperis. See ECF Nos. 2 and 8. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Plaintiff's requests to proceed in forma pauperis are, therefore, granted.

　　　　IT IS SO ORDERED.

Dated: July 29, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1