1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

11
12
13
14
15
16

| | |
|---|---|
| GEORGE J. BOURAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT JONES, et al.,<br><br>　　　　　Defendants. | No.  2:21-CV-0350-KJM-DMC-P<br><br><br>ORDER |

17　　　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18　42 U.S.C. § 1983.  Plaintiff has filed a "Notice to Court," see ECF No. 20, wherein he asks that

19　the Court "vacate my case."  Plaintiff's notice is construed as a notice of voluntary dismissal.

20　Because no answer or motion for summary judgment has been filed, leave of court is not required

21　and the action is dismissed on Plaintiff's notice.  See Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of

22　the Court is directed to terminate all pending motions and close this file.

23　　　　　　IT IS SO ORDERED.

24

25　Dated:  August 9, 2021

26　　　　　　　　　　　　　　　　　　　　_____

27　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

28

1